JUDGE SWAIN

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK



07 CV 11177

| | |
|---|---|
| THE PHOENIX INSURANCE COMPANY a/s/o Visual Graphic Systems, Inc.  Plaintiff, | |
| -v- | Case No._____ |
| DHL EXPRESS (USA), INC., STAMACK CONSTRUCTION, LLC, and CON-TECH INC.  Defendant. | **Rule 7.1 Statement** |

RECEIVED DEC 12 2007 U.S.D.C. S.D.N.Y. CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

The Phoenix Insurance Company     (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Please see addendum

Date: 12/4/2007

_____
Signature of Attorney

Attorney Bar Code: 5388

Addendum to Rule 7.1 Statement

THE PHOENIX INSURANCE COMPANY certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

- The Standard Fire Insurance Company
- The Travelers Indemnity Company or
- Travelers Casualty and Surety Company
- Farmington Casualty Company
- The Automobile Insurance Company of Hartford, Connecticut
- The Charter Oak Fire Insurance Company
- The Phoenix Insurance Company
- The Travelers Home and Marine Insurance Company
- The Travelers Indemnity Company of America
- The Travelers Indemnity Company of Connecticut
- Travelers Property Casualty Company of America (formerly known as the Travelers Indemnity Company of Illinois; name change effective 01/01/04)
- The Travelers Lloyds Insurance Company
- TravCo Insurance Company
- Travelers Casualty Insurance Company of America (formerly known as Travelers Casualty and Surety Company of Illinois; name change effective 01/01/04)
- Travelers Casualty Company of Connecticut
- Travelers Commercial Insurance Company
- Travelers Excess and Surplus Lines Company
- Travelers Lloyds of Texas Insurance Company
- Travelers Personal Security Insurance Company
- Travelers Property Casualty Insurance Company
- Travelers Personal Insurance Company (formerly known as Travelers Property Casualty Insurance Company of Illinois; name change effective 01/01/04)
- St. Paul Insurance Company
- USF&G Insurance Company
- St. Paul Fire and Marine Insurance Company
- St. Paul Mercury Insurance Company