**PROVEST, LLC**
P.O. Box 1180
Bay Shore, New York 11706
(631) 666-6168

**SHEPS LAW GROUP**
35 Pinelawn Drive
Melville, NY 11747

7009

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE # 07 CV 11177

THE PHOENIX INSURANCE COMPANY A/S/O VISUAL GRAPHIC SYSTEMS, INC.,
                      Plaintiff,

Against

DHL EXPRESS (USA), INC., ET AL
                      Defendants.

**AFFIDAVIT OF SERVICE**

ORIGINAL

STATE OF NY    COUNTY OF SUFFOLK

Ben Cohen being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of NY.

That on Dec 18 2007 3:50PM at 40 Wall Street, 16th Floor, New York, NY, 10005, deponent served the within SUMMONS & COMPLAINT bearing case # 07 CV 11177, filed 12/12/2007 on **STAMACK CONSTRUCTION, LLC**, defendant therein named,

**CORPORATION** [X]

A corporation, by delivering thereat a true copy of each to **MAGDALENA ROSARIO, ACCOUNTS PAYABLE**, personally; deponent knew said so served to be the corporation described as the named defendant and knew said individual to be the AUTHORIZED AGENT thereof.

**DESCRIPTION**

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follow:

| Sex | Skin Color | Hair Color | Age (Aprx) | Height (Aprx) | Weight (Aprx) |
|---|---|---|---|---|---|
| F | LT BROWN | BROWN | 32 | 5'6 | 130 |

**USE IN NYC CIVIL CT.**

The language required by NYCRR 2900.2(e), (f) & (h) was set forth on the face of said summons(es)

**MILITARY SERVICE** [X]

I asked the person spoken to whether the defendant was in active military service of the United States or of the State of NY in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief I aver that the defendant is not in the military service of NY or of the United States as that term is defined in either the State or Federal statutes.

SWORN TO BEFORE ME ON 12/26/07

Debra Ali
Notary Public, State of New York
No. 4956451
Qualified in Suffolk County
Expires September 25, 2009

LICENSE # 1009104
FILE # 7009
CASE ID # 756285

| | |
|---|---|
| COUNTY OF SOUTHERN DISTRICT OF NEW YORK COURT  # 93108 | UNITED STATES DISTRICT |

THE PHOENIX INSURANCE COMPANY A/S/O VISUAL GRAPHIC SYSTEMS, INC.,

against

Plaintiff(s)

INDEX# 07 CV 11177
Date filed 12/12/2007

**ORIGINAL**

DHL EXPRESS (USA), INC., ET AL,

Defendant(s)

STATE OF NEW YORK        COUNTY OF ALBANY        756285

## SECRETARY OF STATE   -   AFFIDAVIT OF SERVICE

**PAUL SANTSPREE JR.** being duly sworn, deposes and says that deponent is not a party to this action, is over the age of 18 years and has a principal place of business in the County of Albany, State of New York. That on **12/21/2007** at **4:25 PM,** at the office of the Secretary of State, of the State of New York in the City of Albany, New York, he served a true copy of a

**SUMMONS IN A CIVIL CASE, COMPLAINT, and RULE 7.1 STATEMENT**

on **STAMACK CONSTRUCTION, LLC**, **Defendant** in this action.

By delivering to and leaving with   **CHAD MATICE**, authorized agent in the office of the Secretary of the State, State of New York, personally at the office of the Secretary of State, of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00. That said service was made pursuant to Section 303 LLC

Bearing Index Number and Filing Date endorsed thereon.

[ ] Deponent additionally served upon the above named defendant one (1) true copy of the RPAPL SEC. 1303 Homeowner's Foreclosure Notice which was printed in bold, 14 point font size and printed on colored paper which is a color other than said pleading

[ ] an additional copy of the summons was mailed to the defendant pursuant to CPLR 3215

**Description**    Description of the Recipient is as follows:

A Male with White skin, Black hair, who is approximately 25 years of age and has an approximate height of 6' 1" and approximate weight of 190 pounds.

Other identifying features are as follows: Glasses.

_PAUL SANTSPREE JR._
Process Server

State of New York
County of Albany

Sworn to before me on this 21st day of December, 2007

Notary Public

Michelle M. Santspree
Notary Public, State of New York
NO. 01SA5047611
Qualfied in Albany County
Commission Expires August 7, 2009

Barbara M. Santspree
Notary Public, State of New York
No. 01SA6071764
Qualified in Albany County
Commission Expires March 25, 2010

PRO-VEST, LLC - 93 E MAIN ST - BAY SHORE, NY 11706-8305 - (631)666-6168

| COUNTY OF SOUTHERN DISTRICT OF NEW YORK | UNITED STATES DISTRICT COURT |
|---|---|

# 93106

THE PHOENIX INSURANCE COMPANY A/S/O VISUAL GRAPHIC SYSTEMS, INC.,

                                          Plaintiff(s)    INDEX#  07 CV 11177

against     Date filed 12/12/2007

DHL EXPRESS (USA), INC., ET AL,

                                          Defendant(s)

*ORIGINAL*

STATE OF NEW YORK                           COUNTY OF ALBANY      756285

## SECRETARY OF STATE  -  AFFIDAVIT OF SERVICE

PAUL SANTSPREE JR. being duly sworn, deposes and says that deponent is not a party to this action, is over the age of 18 years and has a principal place of business in the County of Albany, State of New York. That on  12/21/2007  at 4:25 PM, at the office of the Secretary of State, of the State of New York in the City of Albany, New York, he served a true copy of a

**SUMMONS IN A CIVIL CASE, COMPLAINT, and RULE 7.1 STATEMENT**

on **CON-TECH INC., Defendant** in this action.

By delivering to and leaving with   **CHAD MATICE** , authorized agent in the office of the Secretary of the State, State of New York, personally at the office of the Secretary of State, of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00. That said service was made pursuant to Section 306 BCL

Bearing Index Number and Filing Date endorsed thereon.

[ ] Deponent additionally served upon the above named defendant one (1) true copy of the RPAPL SEC. 1303 Homeowner's Foreclosure Notice which was printed in bold, 14 point font size and printed on colored paper which is a color other than said pleading

[ ] an additional copy of the summons was mailed to the defendant pursuant to CPLR 3215

**Description**    Description of the Recipient is as follows:

    A Male with White skin, Black hair, who is approximately 25 years of age
    and has an approximate height of 6' 1" and approximate weight of 190 pounds.

    Other identifying features are as follows: Glasses.

*[signature]*
PAUL SANTSPREE JR.
Process Server

State of New York
County of Albany

Sworn to before me on this 21st day of December, 2007

*[signature]* Notary Public

Michelle M. Santspree
Notary Public, State of New York
NO. 01SA5047611
Qualfied in Albany County
Commission Expires August 7, 2009

Barbara M. Santspree
Notary Public, State of New York
No. 01SA6071764
Qualified in Albany County
Commission Expires March 25, 2010

PRO-VEST, LLC - 93 E MAIN ST - BAY SHORE, NY 11706-8305 - (631)666-6168

PROVEST, LLC
P.O. Box 1180
Bay Shore, New York 11706
(631) 666-6168

SHEPS LAW GROUP
35 Pinelawn Drive
Melville, NY 11747

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE #: 07 CV 11177

THE PHOENIX INSURANCE COMPANY A/S/O VISUAL GRAPHIC SYSTEMS, INC.,

ORIGINAL

                    Plaintiff,
        Against                         AFFIDAVIT
                                        OF NON-SERVICE
DHL EXPRESS (USA), INC., ET AL
                    Defendants,
STATE OF NY    COUNTY OF SUFFOLK

Ben Cohen being duly sworn, deposes and says that deponent is not a party to this action, is over 18 years of age and resides in the State of NY.

That on Jan 2 2008 at 1:00PM, I went to the address at 1035 63rd Street, 2nd Floor, Brooklyn, NY, 11219. The defendant, Con-Tech Inc. does not reside at this address as per Mr. Foo, Current Occupant.

SWORN TO BEFORE ME ON  1-3-2008

LICENSE # 1009104
FILE # 7009
CASE ID # 756285

NANCY MANZELLA
NOTARY PUBLIC, State of New York
No. 31MA3083790
Qualified in Suffolk County
Commission Expires 11/25/2010

| PROVEST, LLC | SHEPS LAW GROUP |
|---|---|
| P.O. Box 1180 | 35 Pinelawn Drive |
| Bay Shore, New York 11706 | Melville, NY 11747 |
| (631) 666-6168 | |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INDEX # 07-11177

THE PHOENIX INSURANCE COMPANY A/S/O VISUAL GRAPHIC SYSTEMS, INC.,

Plaintiff,

Against

**AFFIDAVIT OF SERVICE**

DHL EXPRESS (USA), INC., ET AL

Defendants,

STATE OF FL   COUNTY OF BROWARD

ORIGINAL

Charles Zirkle being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of FL.

That on Dec 20 2007 at 2:24PM at 1200 S. PINE ISLAND RD., PLANTATION, FL, 33324, deponent served the within SUMMONS & COMPLAINT bearing index # 07-11177, filed 12/12/2007 on **DHL EXPRESS (USA), INC.**, defendant therein named,

**CORPORATION** [X]

A corporation, by delivering thereat a true copy of each to Donna Moch, authorized agent of CT CORPORATION SYSTEM, registered agent for DHL EXPRESS (USA), INC..

**DESCRIPTION**

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follow:

| Sex | Skin Color | Hair Color | Age (Aprx) | Height (Aprx) | Weight (Aprx) |
|---|---|---|---|---|---|
| F | White | Black | 44yrs | 5'2" | 120lbs |

**USE IN NYC CIVIL CT.**

The language required by NYCRR 2900.2(e), (f) & (h) was set forth on the face of said summons(es)

**MILITARY SERVICE** [X]

I asked the person spoken to whether the defendant was in active military service of the United States or of the State of FL in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief I aver that the defendant is not in the military service of FL or of the United States as that term is defined in either the State or Federal statutes.

SWORN TO BEFORE ME ON
December 26, 2007

*[signature]*
*Charles Zirkle*

LICENSE # 110
FILE # 7009
CASE ID # 756285

CHERYN M. LYONS
MY COMMISSION # DD683468
EXPIRES: June 07, 2011
Fl. Notary Discount Assoc. Co.
1-800-3-NOTARY

COUNTY OF SOUTHERN DISTRICT OF NEW YORK  # 93109 — UNITED STATES DISTRICT COURT

THE PHOENIX INSURANCE COMPANY A/S/O VISUAL GRAPHIC SYSTEMS, INC.,

against

DHL EXPRESS (USA), INC., ET AL,

Plaintiff(s)

Defendant(s)

INDEX# 07 CV 11177
Date filed 12/12/2007

**ORIGINAL**

STATE OF NEW YORK          COUNTY OF ALBANY          756285

## SECRETARY OF STATE   -   AFFIDAVIT OF SERVICE

**PAUL SANTSPREE JR.** being duly sworn, deposes and says that deponent is not a party to this action, is over the age of 18 years and has a principal place of business in the County of Albany, State of New York. That on **12/21/2007** at **4:25 PM**, at the office of the Secretary of State, of the State of New York in the City of Albany, New York, he served a true copy of a

**SUMMONS IN A CIVIL CASE, COMPLAINT, and RULE 7.1 STATEMENT**

on **DHL EXPRESS (USA), INC.**, **Defendant** in this action.

By delivering to and leaving with **CHAD MATICE**, authorized agent in the office of the Secretary of the State, State of New York, personally at the office of the Secretary of State, of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00. That said service was made pursuant to Section 306 BCL

Bearing Index Number and Filing Date endorsed thereon.

[ ] Deponent additionally served upon the above named defendant one (1) true copy of the RPAPL SEC. 1303 Homeowner's Foreclosure Notice which was printed in bold, 14 point font size and printed on colored paper which is a color other than said pleading

[ ] an additional copy of the summons was mailed to the defendant pursuant to CPLR 3215

**Description**    Description of the Recipient is as follows:

A Male with White skin, Black hair, who is approximately 25 years of age and has an approximate height of 6' 1" and approximate weight of 190 pounds.

Other identifying features are as follows: Glasses.

*PAUL SANTSPREE JR.*
Process Server

State of New York
County of Albany

Sworn to before me on this 21st day of December, 2007

*Notary Public*

Michelle M. Santspree
Notary Public, State of New York
NO. 01SA5047611
Qualfied in Albany County
Commission Expires August 7, 2009

Barbara M. Santspree
Notary Public, State of New York
No. 01SA6071764
Qualified in Albany County
Commission Expires March 25, 2010

PRO-VEST, LLC - 93 E MAIN ST - BAY SHORE, NY 11706-8305 - (631)666-6168