Swain, S.

**NORRIS, McLAUGHLIN & MARCUS**
A Professional Corporation
875 Third Avenue, 18th Floor
New York, New York 10022
(212) 808-0700
Attorneys for Defendant
DHL Express (USA), Inc.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 2 1 2008

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE PHOENIX INSURANCE COMPANY a/s/o Visual Graphic Systems, Inc.,<br><br>Plaintiffs,<br><br>-against-<br><br>DHL EXPRESS (USA), INC., STAMACK CONSTRUCTION, LLC, and CON-TECH INC.<br><br>Defendants. | CIVIL ACTION NO. 07 CV 11177<br><br>STIPULATION AND ORDER EXTENDING TIME TO ANSWER, MOVE, OR OTHERWISE REPLY |

    This Stipulation is filed in connection with Defendant DHL Express (USA), Inc.'s application to extend the time within which defendant Defendant DHL Express (USA), Inc. may answer, move, or otherwise reply to the Complaint filed by plaintiffs herein; and it is represented that

1. Service of Process was effected on Defendant DHL Express (USA), Inc. on or about December 31, 2007.

2. Time to Answer, Move or otherwise Reply currently expires for Defendant DHL Express (USA), Inc. on or about February 22, 2008.

3. The Plaintiffs have consented to permit Defendant DHL Express (USA), Inc. an extension of thirty (30) days to answer or otherwise move in this matter.

The undersigned hereby consent to the form and to the entry of this Order:

| NORRIS, McLAUGHLIN & MARCUS, P.A. | SHEPS LAW GROUP, P.C. |
|---|---|
| By: *[signature]* | *[signature]* Robert C. Sheps |
| Fernando M. Pinguelo (FP6328) | Robert C. Sheps, Esq. (RS5388) |
| Attorneys for Defendant DHL Express (USA), Inc. | Attorneys for Plaintiffs |

## ORDER

The above application is ORDERED GRANTED, and the time for Defendant DHL Express (USA), Inc. to Answer or otherwise move is extended to March 24, 2008.

ORDER DATED: 2/21/2008

By: *[signature]*
The Honorable Laura T. Swain
United States District Judge