✎AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN                     DISTRICT OF                     NEW YORK

| | |
|---|---|
| The Phoenix Insurance Company a/s/o Visual Graphic Systems, Inc. | **APPEARANCE** |
| v. | |
| DHL Express (USA), Inc., Stamack Construction, LLC, and Con-Tech, Inc. | Case Number: 1:07-cv-11177-LTS |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

DHL Express (USA), Inc., Defendant

I certify that I am admitted to practice in this court.

| | |
|---|---|
| February 26, 2008 | |
| Date | Signature |
| | Fernando M. Pinguelo    FP6328 |
| | Print Name    Norris McLaughlin & Marcus    Bar Number |
| | 875 Third Avenue, 18th Floor |
| | Address |
| | New York    New York    10022 |
| | City    State    Zip Code |
| | (212) 808-0700    (212) 808-0844 |
| | Phone Number    Fax Number |