# SHEPS LAW GROUP
*Attorneys at Law*

35 Pinelawn Road · Suite 106 East · Melville, NY 11747 · Tel (631) 249-5600 · Fax (631) 249-5613

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
MAR 0 5 2008

March 4, 2008

**VIA US MAIL 212-805-0426:**
Hon. Laura T. Swain
United States District Court
Southern District of New York
500 Pearl St., Room 755
New York, NY 10007

**MEMORANDUM ENDORSED**
The ECF system provides notice of the entry of this Order to each party that has both entered an appearance in this case and registered with ECF. The ECF-registered attorneys are responsible for providing notice to any co-counsel whose e-mail addresses are not reflected on the ECF docket for this case, and Plaintiff's counsel, upon receiving notice of this Order, is hereby ordered to fax or otherwise deliver promptly a copy to all parties who are not represented by ECF-registered counsel. A certificate of such further service shall be filed within 5 days from the date hereof. Counsel who have not registered for ECF are ordered to register immediately as filing users in accordance with the Procedures for Electronic Case Filing.

Re: The Phoenix ~~St. Paul Travelers~~ Insurance Company a/s/o
Visual Graphics Systems
Docket No.: 07 cv 11177
Our file no:  7009

Dear Judge Swain

The undersigned represents Plaintiff in the above matter. We have an initial conference scheduled for this Friday.

As not everyone has officially appeared, we believe it would be prudent to adjourn the conference until a future date next month.

Thank you for your time and consideration.

Very Truly Yours

SHEPS LAW GROUP P.C.

ROBERT C. SHEPS

CC:
Fernando M. Pinguelo, Esq.
NORRIS, MCGLAUGHLIN & MARCUS, P.A.
875 Third Avenue, 18th Floor
New York, NY 10022
Fax: (212) 808-0844

*The conference is adjourned to April 16, 2008, at 3:30pm and the related deadlines are modified accordingly.*

SO ORDERED.

3/5/2008
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Buffalo · New York City · Newark