**NORRIS, McLAUGHLIN & MARCUS**
A Professional Corporation
875 Third Avenue, 18th Floor
New York, New York 10022
Telephone (212) 808-0700
Facsimile (212) 808-0844
Attorneys for Defendant
DHL Express (USA), Inc.

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| THE PHOENIX INSURANCE COMPANY a/s/o Visual Graphic Systems, Inc., | : : : | CIVIL ACTION NO. 07 CV 11177 (LTS) |
| Plaintiff, | : : | |
| -against- | : : | **FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT** |
| DHL EXPRESS (USA), INC., STAMACK CONSTRUCTION, LLC, and CON-TECH INC., | : : : : | |
| Defendants. | : : | **DOCUMENT ELECTRONICALLY FILED** |

Pursuant to Fed. R. Civ. P. 7.1, defendant DHL Express (USA), Inc. ("DHL") identifies that it is a wholly owned subsidiary of DPWN Holdings (USA) Inc., a non-publicly traded company; and that there is no company or corporation that owns 10% more of DHL's stock.

Dated: New York, New York, March 21, 2008

                                                          Respectfully submitted,
                                                          NORRIS, McLAUGHLIN & MARCUS, P.A.
                                                          A Professional Corporation
                                                          875 Third Avenue, 18th Floor
                                                          New York, New York 10022
                                                          (212) 808-0700
                                                          Attorneys for Defendant
                                                          DHL Express (USA), Inc.
                                                          Telephone (212) 808-0700
                                                          Facsimile (212) 808-0844

                                                          By:_____/s/ Fernando M. Pinguelo_____
                                                                   Fernando M. Pinguelo

To:
STAMACK CONSTRUCTION, LLC
40 Wall Street, 16th Floor
New York, New York 10005

CON-TECH INC.
1035 63rd Street, 2nd Floor
Brooklyn, New York  11219

SHEPS LAW GROUP, P.C.
Attorney for Plaintiff
35 Pinelawn Road, Suite 106E
Melville, New York 11747