UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
THE PHOENIX INSURANCE COMPANY a/s/o
Visual Graphic Systems, Inc.,

                Plaintiff,

   -against-

DHL EXPRESS (USA), INC.; STAMACK
CONSTRUCTION, LLC; and CON-TECH, INC.,

                Defendants.
-----------------------------------------------------------------X

Index No.: 07-CV-11177

**RULE 7.1 CORPORATE**
**DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 (formally local general Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for **STAMACK CONSTRUCTION, LLC.**, (a private non-governmental party) certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly.

Dated: Elmsford, New York
       April 1, 2008

                                         Yours, etc.,
                                         LAW OFFICES OF DONALD L. FRUM

                                         By: _____
                                         Paul S. Zilberfein, Esq. (7462)
                                         *Attorneys for Defendant*
                                         STAMACK CONSTRUCTION, LLC
                                         565 Taxter Road - Suite 150
                                         Elmsford, NY 10523
                                         914-347-5522

**To:**

| Robert C. Sheps, Esq. | DHL EXPRESS (USA), INC. | CON-TECH, INC. |
|---|---|---|
| SHEPS LAW GROUP, PC | 1200 S. Pine Island Road | 1035 63rd Street, 2nd Floor |
| *Attorneys for Plaintiff* | 6th Floor, Legal Department | Brooklyn, NY 11219 |
| 35 Pinelawn Road, Suite 106E | Plantation, FL 33324 | |
| Melville, NY 11747 | | |
| 631-249-5600 | | |

### *ATTORNEY AFFIRMATION OF SERVICE*

STATE OF NEW YORK            )
                             ) ss.:
COUNTY OF WESTCHESTER        )

Paul S. Zilberfein, Esq., an attorney duly admitted to practice law in the State of New York affirms the truth of the following under penalty of perjury:

On April 1, 2008, I served a true copy of the annexed:

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT

in the following manner: By mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee as indicated below:

| | | |
|---|---|---|
| Robert C. Sheps, Esq. | DHL EXPRESS (USA), INC. | CON-TECH, INC. |
| SHEPS LAW GROUP, PC | 1200 S. Pine Island Road | 1035 63rd Street, 2nd Floor |
| *Attorneys for Plaintiff* | 6th Floor, Legal Department | Brooklyn, NY 11219 |
| 35 Pinelawn Road, Suite 106E | Plantation, FL 33324 | |
| Melville, NY 11747 | | |
| 631-249-5600 | | |
| Your File No.: 7009 | | |

Dated: Elmsford, New York
       April 1, 2008

_____
Paul S. Zilberfein, Esq.