UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
THE PHOENIX INSURANCE COMPANY a/s/o
 Visual Graphic Systems, Inc.,                                    Index No.: 07-CV-11177

      *Plaintiff,*

      **NOTICE FOR EXAMINATION**
  *-against-*      **BEFORE TRIAL**

DHL EXPRESS (USA), INC.; STAMACK
CONSTRUCTION, LLC; and CON-TECH, INC.,

      *Defendants.*
------------------------------------------------------------------------X
SIRS:

 PLEASE TAKE NOTICE, that pursuant to 3107 of the CPLR, the undersigned attorneys for the Defendant, STAMACK CONSTRUCTION, LLC, will take the deposition of the following parties or persons, before a Notary Public not affiliated with any of the parties or their attorneys, on all relevant and material issues raised by the pleadings in the above entitled actions, as authorized by Article 31 of the CPLR:

PERSON TO
BE EXAMINED : **ALL PARTIES**

DATE    : May 29, 2008

TIME    : 10:00 A.M..

PLACE   : LAW OFFICES OF DONALD L. FRUM
      565 Taxter Road, Suite 150
      Elmsford, NY 10523,

PLEASE TAKE FURTHER NOTICE, that the persons to be examined are required to produce all books, records and papers in their custody and possession that may be relevant to the issues herein.

Dated:   Elmsford, New York
April 1, 2008

           Yours, etc.,

           LAW OFFICES OF DONALD L. FRUM
           By: *Paul S. Zilberfein*
           Paul S. Zilberfein, Esq. (7462)
           *Attorneys for Defendant*
           STAMACK CONSTRUCTION, LLC
           565 Taxter Road - Suite 150,
           Elmsford, NY 10523
           914-347-5522

**To:**

| | | |
|---|---|---|
| Robert C. Sheps, Esq. | Fernando M. Pinguelo, Esq. | CON-TECH, INC. |
| SHEPS LAW GROUP, PC | Norris, McLaughlin & Marcus, PA | 1035 63rd Street, 2nd Floor |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* | Brooklyn, NY 11219 |
| 35 Pinelawn Road, Suite 106E | DHL EXPRESS (USA), INC. | |
| Melville, NY 11747 | 875 Third Avenue, 18th Floor | |
| 631-249-5600 | New York, NY 10022 | |
| | (212) 808-0700 | |