# Norris McLaughlin & Marcus, P.A.
ATTORNEYS AT LAW



Direct Dial (908) 252-4128
Email: fmp@nmmlaw.com

April 7, 2008

**By Facsimile (with permission)**
The Honorable Laura T. Swain
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Rom 755
New York, NY 10007
**ATTN: Mrs. Lisa Ng**

**MEMORANDUM ENDORSED**
The ECF system provides notice of the entry of this Order to each party that has both entered an appearance in this case and registered with ECF. The ECF-registered attorneys are responsible for providing notice to any co-counsel whose e-mail addresses are not reflected on the ECF docket for this case, and Plaintiff's counsel, upon receiving notice of this Order, is hereby ordered to fax or otherwise deliver promptly a copy to all parties who are not represented by ECF-registered counsel. A certificate of such further service shall be filed within 5 days from the date hereof. Counsel who have not registered for ECF are ordered to register immediately as filing users in accordance with the Procedures for Electronic Case Filing.

Re:  The Phoenix Insurance Company a/s/o Visual Graphic Systems, Inc. against DHL Express (USA), Inc., Stamack Construction, LLC and Con-Tech Inc.

07 civ 11177 (LTS)

Dear Mrs. Ng:

This firm represents defendant DHL Express (USA), Inc. in the above matter. I respectfully request that the Court reschedule the April 16, 2008 conference as I have a prepaid vacation from April 11 through 16, which was booked before the Court's order setting that date and time. Both of my adversaries consent to adjourn the case conference. Due to attorney availability issues, we respectfully request that the conference be rescheduled the week of May 19th.

Respectfully,

NORRIS, McLAUGHLIN & MARCUS

Fernando M. Pinguelo

The conference is adjourned to May 23, 2008 at 9:45 AM and the related deadlines are modified accordingly.

SO ORDERED.

FMP:dmm

cc:  Paul S. Zilberfein, Esq.
     Robert C. Sheps, Esq.

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE
4/8/08



P.O. Box 1018 Somerville, NJ 08876-1018 • NJ Hand Delivery 721 Route 202 - 206 Bridgewater, NJ 08807
NY Mailing Address: 875 Third Avenue, 18th Floor New York, NY 10022 • P: (212) 808-0700 • F: (212) 808-0844
www.nmmlaw.com  E: info@nmmlaw.com