AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

__SOUTHERN__     DISTRICT OF    __NEW YORK__

The Phoenix Insurance Company a/s/o
Visual Graphic Systems, Inc.

      v.

DHL Express (USA), Inc., Stamack
Construction, LLC, and Con-Tech Painting, Inc.

APPEARANCE

Case Number: 1:07-cv-11177-LTS

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

Con-Tech Painting, Inc.

    I certify that I am admitted to practice in this court.

| | |
|---|---|
| __June 12, 2008__ | _[signature]_ |
| Date | Signature |
| | Virginia M. Markovich     VM1424 |
| | Print Name     Bar Number |
| | One Chase Manhattan Plaza, 39th Floor |
| | Address |
| | New York    New York    10005 |
| | City    State    Zip Code |
| | (212) 805-3900    (212) 805-3939 |
| | Phone Number    Fax Number |