UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

THE PHOENIX INSURANCE COMPANY
a/s/o Visual Graphic Systems, Inc.

        Plaintiff,

-against-

DHL EXPRESS (USA), INC., STAMACK
CONSTRUCTION, LLC, and CON-TECH
PAINTING, INC.,

        Defendants.

---------------------------------------------------------------- X

Case No.: 1:07-cv-11177-LTS

**STIPULATION AND ORDER EXTENDING TIME TO ANSWER, MOVE, OR OTHERWISE REPLY**

This Stipulation is filed in connection with Defendant Con-Tech Painting, Inc.'s application to extend the time within which Defendant Con-Tech Painting, Inc. may answer, more, or otherwise reply to the Amended Complaint filed by Plaintiff herein; and it is represented that the Plaintiff has consented to permit Defendant Con-Tech Painting, Inc. an extension of thirty (30) days to answer or otherwise move in this matter.

The undersigned hereby consent to the form and entry of this Order:

Clausen Miller P.C.

_____
Virginia M. Markovich (VM1424)
Attorneys for Defendant
Con-Tech Painting, Inc.

Sheps Law Group, P.C.

_____
Robert C. Sheps, Esq. (RS5388)
Attorney for Plaintiff

**ORDER**

The above application is ORDERED GRANTED, and the time for Defendant Con-Tech Painting, Inc. to Answer or otherwise move is extended to July 10, 2008.

ORDER DATED: 6/18/08

By: _____
The Honorable Laura T. Swain, U.S.D.J.