✎AO 154 (10/03) Substitution of Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 1 2 2008

## UNITED STATES DISTRICT COURT

Southern District of New York

| THE PHOENIX INSURANCE CO. a/s/o et al. | CONSENT ORDER GRANTING |
| --- | --- |
| Plaintiff (s), | SUBSTITUTION OF ATTORNEY |
| V. | |
| DHL EXPRESSS (USA), INC. et al. | CASE NUMBER: 07 CV 11177(LTS) |
| Defendant (s), | |

Notice is hereby given that, subject to approval by the court, __Stamack Construction, LLC__ substitutes
(Party (s) Name)

__Richard M. Baron__, State Bar No. _____ as counsel of record in
(Name of New Attorney)

place of __Law Offices of Donald L. Frum__ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: The Law Firm of Richard M. Baron
Address: 110 Wall St., 11th Fl., New York, NY 10005
Telephone: (212) 709-8044    Facsimile (212) 943-2300
E-Mail (Optional): Baronlaw@optonline.net

I consent to the above substitution.
Date: 7/22/08

Paul Zilberstein t/o of Donald Frum
(Signature of Party (s))

I consent to being substituted.
Date: _____

_____
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 7/28/08

Richard M. Baron
(Signature of New Attorney)
The Law Firm of Richard M. Baron

The substitution of attorney is hereby approved and so ORDERED.
Date: 8/11/08

_____
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**